IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JANIYA MORRIS, a Minor, by and through her
Court Appointed Guardian, RICHARD COURTNEY, ESQ.　　　　　　PLAINTIFF

vs.　　　　　　　　　　　　　　　　　　　　　　Cause No. 3:12-cv-614 CWR FKB

MADISON HMA, INC.　　　　　　　　　　　　　　　　　　　　　DEFENDANT

**JURY TRIAL DEMANDED**

**AGREED ORDER OF REMAND**

Before the Court is the plaintiff's Motion to Remand.  On January 10, 2013, this Court entered an Order of Dismissal without prejudice as to the defendant United States of America (document 15).  The sole remaining defendant is Madison HMA, Inc.  The plaintiff's complaint does not raise a federal question as to defendant Madison HMA, Inc. and there is no basis for diversity jurisdiction.  Therefore, this action is remanded to the Circuit Court of Madison County, Mississippi, to proceed as to the defendant Madison HMA, Inc.  The clerk shall transmit a copy of this order to the Circuit Court of Madison County.

SO ORDERED this 18th day of January, 2013.

　　　　　　　　　　　　　　　　　　　　　　s/ Carlton W. Reeves
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Approved:

  /s/ William B. Raiford, III
WILLIAM B. RAIFORD, III (MSB #8390)
Merkel & Cocke, P.A.
P.O. Box 1388
30 Delta Avenue
Clarksdale, MS 38614
662-627-9641
Attorneys for Plaintiffs


  /s/ Mark P. Caraway
Mark P. Caraway (MSB# 5860)
Wise, Carter, Child, and Caraway, P.A.
401 East Capitol Street
Heritage Building, Suite 600
Jackson, MS 39201
Attorney for Defendant Madison HMA, Inc.